John Russell, as President, etc., v. North River Savings Bank.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

William J. P. McCrystal, as Administrator, v. George E. Weller.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph Johnson v. George G. Ward.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Bockhaus v. Interborough Rapid Transit Company.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The J. P. Kepner Company v. Howard E. Cady.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James W. Gedney v. Hermanus R. Planten.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henrietta Ginsberg, an Infant, etc., v. Triangle Waist Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isador Ginsberg v. Triangle Waist Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. The City of New York v. Alfred P. W. Seaman and Others.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Paul Orth and Others v. Max B. Kaesche and Others.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William B. Franklin and Others v. Joseph Leiter, Impleaded, etc.— Appellants' time to serve brief extended until August 1, 1915. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Rosenthal and Others v. People's Collateral Pledge Society.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William F. Weber v. Donnelly & Ricci, Incorporated.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Riverdale Realty Company v. The City of New York and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Baltimore and Ohio Railroad Company v. Benjamin Lowenstein.— Application granted. Order signed. Present - - Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Winthrop G. Bushnell v. John H. Hammond and Others.— Motion

to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Winthrop G. Bushnell v. John H. Hammond and Others. — Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Herbert F. Andrews. — Application denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Stephen O'Brien, an Attorney. — Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Avery F. Cushman, an Attorney. — Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of John Oscar Ball, an Attorney. — Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Abraham Goldfarb, an Attorney. — Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph G. Cushman v. George D. Cook and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Fay v. Sun Printing Company. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ,

In the Matter of Douglas A. Levien, an Attorney. — Application denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Herman L. Roth, an Attorney. — Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of W. T. Emmet, Superintendent, etc. (Matter of Empire State Surety Company). — Motions granted; questions certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Thomas J. Tuomey, Respondent, v. John J. Walsh and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert J. Schirmer, an Infant, by Mary Flanders, His Guardian ad Litem, Respondent, v. Orrel Parker, Appellant, Impleaded with Another. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ

In the Matter of the Application of the Public Service Commission for the First District of the State of New York, etc., Respondent, Relative to Acquiring, etc., Premises Situate at and Near the Intersection of Mott Avenue and East One Hundred and Thirty-eighth Street, in the Borough of